UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACK RYAN WILDER,

                Plaintiff,

    v.

UNITED STATES GOVERNMENT,

                Defendant.

CASE NO. C24-5036 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge David W. Christel's Report and Recommendation (R&R), Dkt. 3, recommending that the Court deny pro se Plaintiff Jack Wilder's application to proceed *in forma pauperis*, Dkt. 1, and dismiss this action without prejudice for failure to state a claim upon which relief can be granted. Wilder has not objected to the R&R.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations *to which objection is made*." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *accord* Fed. R. Civ. P. 72(b)(3). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v.*

ORDER - 1

1  *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). A proper objection requires
2  "specific written objections to the proposed findings and recommendations" in the R&R.
3  Fed. R. Civ. P. 72(b)(2).
4      The R&R, Dkt. 3, is **ADOPTED**, Wilder's application to proceed *in forma*
5  *pauperis*, Dkt. 1, is **DENIED**, and this case is **DISMISSED without prejudice** and
6  **without leave to amend**.
7      The Clerk shall enter **JUDGMENT** and close this case.
8      Dated this 2nd day of April, 2024.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2